DYK, Circuit Judge, with whom NEWMAN, Circuit Judge, joins, concurs in the denial of the petition for rehearing en banc.
MOORE, Circuit Judge, with whom RADER, Chief Judge, O’MALLEY, REYNA, and WALLACH, Circuit Judges, join, dissents from the denial of the petition for rehearing en banc.
REYNA, Circuit Judge, with whom MOORE, O’MALLEY, and WALLACH, Circuit Judges, join, dissents from the denial of the petition for rehearing en banc. RADER, Chief Judge, joins in Parts I — II of the dissent.

ORDER

PER CURIAM.
A petition for panel rehearing was filed by Defendant-Appellant Allcare Health Management Systems, Inc. (“Allcare”), and a response thereto was invited by the panel and filed by Plaintiff-Appellee High-mark, Inc. (“Highmark”). A combined petition for panel rehearing and rehearing en banc was also filed by Highmark, and a response thereto was invited by the court and filed by Allcare.
The petitions for panel rehearing and responses were referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc and the response were referred to the circuit judges who are authorized to request a poll of whether to rehear the appeal en banc.* A poll was requested, taken, and failed.
Upon consideration thereof,
It Is Ordered That:
(1) The petitions of Allcare and High-mark for panel rehearing are denied.
(2) The petition of Highmark for rehearing en banc is denied.
(3) The mandate of the court will issue on December 13, 2012.

 Judge Mayer did not participate in the decision regarding rehearing en banc. Judge Linn assumed senior status November 1, 2012 after participating in the decision regarding rehearing en banc.